[No. 13335-4-III.   Division Three.   February 1, 1994.]

CLINTON C. COX, *Appellant*, v. JOSEPH DELAY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 91-2-00142-5, Richard W. Miller, J., entered Octo-

ber 12, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Wardell, J. Pro Tem.